# UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON

UNITED STATES OF AMERICA,

      Plaintiff

v.

MARK LEROY DENCKLAU,
KENNETH EARL HAUSE,
CHAD LEROY ERICKSON,

      Defendant

Case No. 3:18-CR-319-MO-1,4, 6

**EXHIBIT AND WITNESS LIST**

| | |
|---|---|
| Date(s) of Hearing/Trial | 10/4/2021, 10/18/21, 10/19/21, 10/20/21, 10/21/21, 10/22/21, 10/25/21, 10/26/21, 10/27/21, 10/28/21, 10/29/21, 11/1/21, 11/2/21, 11/3/21, 11/4/21, 11/5/21, 11/8/21, 11/9/21, 11/10/21, 11/11/21, 11/12/21, 11/15/21, 11/16/21, 11/17/21, 11/18/21, 11/19/21, 11/29/21, 11/30/21 |
| Court Reporter(s) | Bonita Shumway |
| Deputy Clerk(s) | Dawn Stephens, Kara Scheele |

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Leah Bolstad, Steven Mygrant, Damare Theriot | Dencklau- Erik Eklund, Lisa Ludwig, Scott Leonard |
| Suzanne Miles | Hause- Todd Bofferding, Ryan Corbridge |
| | Erickson- Thomas Coan, Richard Wolf |

| Pla Ex. No. | ID | Ev | Def Ex. No. | ID | Ev | Date by | WITNESS / EXHIBIT DESCRIP | Called |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 10/4 | Jury Selection | |
| | | | | | | 10/18 | Opening Statements | Gov |
| | | | | | | | Opening Statements #1 | Def |
| | | | | | | | Opening Statements #6 | Def |
| | | | | | | | Opening Statements #4 | Def |
| | | | | | | 10/18 | **Brandon Henker,** | Gov |
| | | | | | | | See attachment for exhibit descriptions for all witnesses | |
| | | | | | | 10/18 | **Caleb, Enk, ATF Special Agent** | Gov |
| | | | | | | 10/19 | **Caleb, Enk, ATF Special Agent** continued | Def |
| | | | | | | | **Caleb, Enk, ATF Special Agent** | Gov |
| | | | | | | 10/19 | **Joseph Swenson, Clark County Sheriff's Detective** | Gov |
| | | | | | | | **Joseph Swenson, Clark County Sheriff's Detective** | Def |

|  |  |  |  |  |  |  | Witness | Party |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Joseph Swenson, Clark County Sheriff's Detective | Gov |
|  |  |  |  |  |  | 10/19 | Dennis, Wickham, M.D., Clark County Medical | Gov |
|  |  |  |  |  |  |  | Dennis, Wickham, M.D., Clark County Medical | Def |
|  |  |  |  |  |  | 10/20 | Brian Hubbard, Portland Police Officer | Gov |
|  |  |  |  |  |  |  | Brian Hubbard, Portland Police Officer | Def |
|  |  |  |  |  |  |  | Brian Hubbard, Portland Police Officer | Gov |
|  |  |  |  |  |  | 10/20 | Megan Ouk | Def |
|  |  |  |  |  |  | 10/20 | Lawrence E. Keller, Portland Police Officer (now retired) | Gov |
|  |  |  |  |  |  |  | Lawrence E. Keller, Portland Police Officer (now retired) | Def |
|  |  |  |  |  |  | 10/20 | Chrystal Bell, Forensic Scientist, Oregon State Police (OSP) Crime Lab | Gov |
|  |  |  |  |  |  |  | Chrystal Bell, Forensic Scientist, Oregon State Police (OSP) Crime Lab | Def |
|  |  |  |  |  |  | 10/20 | Fred Neiman Jr., Clark County Sheriff's Detective | Gov |
|  |  |  |  |  |  |  | Fred Neiman Jr., Clark County Sheriff's Detective | Def |
|  |  |  |  |  |  | 10/21 | Ivana Jungic | Gov |
|  |  |  |  |  |  |  | Ivana Jungic | Def |
|  |  |  |  |  |  | 10/21 | Tiler Pribbernow | Gov |
|  |  |  |  |  |  | 10/22 | Tiler Pribbernow (continued) | Gov |
|  |  |  |  |  |  |  | Tiler Pribbernow | Def |
|  |  |  |  |  |  | 10/25 | Tiler Pribbernow (continued) | Def |
|  |  |  |  |  |  |  | Tiler Pribbernow | Gov |
|  |  |  |  |  |  | 10/25 | Caleb, Enk, ATF Special Agent - recall | Gov |
|  |  |  |  |  |  |  | Caleb, Enk, ATF Special Agent – recall | Def |
|  |  |  |  |  |  | 10/25 | Ryan, Burkeen, Multnomah County Sheriff Deputy | Gov |
|  |  |  |  |  |  |  | Ryan, Burkeen, Multnomah County Sheriff Deputy | Def |
|  |  |  |  |  |  | 10/25 | Edmond Murrell | Gov |
|  |  |  |  |  |  |  | Edmond Murrell | Def |
|  |  |  |  |  |  | 10/25 | Bryce Pine | Gov |
|  |  |  |  |  |  |  | Bryce Pine | Def |
|  |  |  |  |  |  | 10/25 | Matthew Eggert, Forensic Scientist, OSP Crime Lab | Gov |
|  |  |  |  |  |  | 10/25 | Sean Michaels, Forensic Scientist, OSP Crime Lab | Gov |
|  |  |  |  |  |  | 10/26 | Chris Luque, Clark County Sheriff Detective | Gov |
|  |  |  |  |  |  | 10/26 | Michael Bethers, Oregon DOJ Special Agent formerly | Gov |
|  |  |  |  |  |  |  | Michael Bethers, Oregon DOJ Special Agent formerly | Def |
|  |  |  |  |  |  |  | Michael Bethers, Oregon DOJ Special Agent formerly | Gov |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | 10/26 | Earl Fisher, Jr. | Gov |
| | | | | | 10/26 | Michael Bethers, Oregon DOJ Special Agent formerly (called out of order) | Def |
| | | | | | | Michael Bethers, Oregon DOJ Special Agent formerly (called out of order) | Gov |
| | | | | | 10/26 | Earl Fisher, Jr. continued | Gov |
| | | | | | 10/27 | Earl Fisher, Jr. | Gov |
| | | | | | | Earl Fisher, Jr. | Def |
| | | | | | | Earl Fisher, Jr. | Gov |
| | | | | | 10/27 | Eric McDaniel, Portland Police Bureau Detective | Gov |
| | | | | | | Eric McDaniel, Portland Police Bureau Detective | Def |
| | | | | | 10/27 | Jeffrey Shearer, Portland Police Bureau Criminalist | Gov |
| | | | | | | Jeffrey Shearer, Portland Police Bureau Criminalist | Def |
| | | | | | 10/27 | Exhibit #557 offered and received as Court Exhibit #557 and will not be given to the jury. | |
| | | | | | 10/28 | Theresa Huggins | Gov |
| | | | | | | Theresa Huggins | Def |
| | | | | | 10/28 | Larry Shryer, Salem Police Officer | Gov |
| | | | | | | Larry Shryer, Salem Police Officer | Def |
| | | | | | 10/28 | Cole Hughes, Salem Police Officer | Gov |
| | | | | | | Cole Hughes, Salem Police Officer | Def |
| | | | | | 10/28 | Brandon Folkert, Salem Police Detective | Gov |
| | | | | | | Brandon Folkert, Salem Police Detective | Def |
| | | | | | 10/28 | Jonathon Tucker | Gov |
| | | | | | 10/28 | Nicole Stephens | Gov |
| | | | | | | Nicole Stephens | Def |
| | | | | | | Nicole Stephens | Gov |
| | | | | | 10/29 | Scott Rasch | Gov |
| | | | | | | Scott Rasch | Def |
| | | | | | 10/29 | Scott Kirgiss, Clark County Sheriff's Office Detective | Gov |
| | | | | | | Scott Kirgiss, Clark County Sheriff's Office Detective | Def |
| | | | | | 10/29 | Mychael Lee | Gov |
| | | | | | | Mychael Lee | Def |
| | | | | | 10/29 | Nathan Miller, ATF Special Agent | Gov |
| | | | | | | Nathan Miller, ATF Special Agent | Def |
| | | | | | 10/29 | Michael Collier, ATF Special Agent | Gov |
| | | | | | | Michael Collier, ATF Special Agent | Def |
| | | | | | 10/29 | Jeff Coffman | Gov |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Jeff Coffman | Def |
| | | | | | | Jeff Coffman | Gov |
| | | | | | 10/29 | Glenn Walters | Gov |
| | | | | | | Glenn Walters | Def |
| | | | | | 10/29 | Ethel Miller | Gov |
| | | | | | | Ethel Miller | Def |
| | | | | | 10/29 | Evertt Wes Roles | Gov |
| | | | | | | Evertt Wes Roles | Def |
| | | | | | | Evertt Wes Roles | Gov |
| | | | | | 10/29 | Chris Fenerty, Linn County Sheriffs Officer Deputy | Gov |
| | | | | | | Chris Fenerty, Linn County Sheriffs Officer Deputy | Def |
| | | | | | 10/29 | Jeff Schrader, Linn County Sheriffs Officer Deputy | Gov |
| | | | | | | Jeff Schrader, Linn County Sheriffs Officer Deputy | Def |
| | | | | | 11/1 | Carmen Zobel, ATF Special Agent | Gov |
| | | | | | | Carmen Zobel, ATF Special Agent | Def |
| | | | | | 11/1 | Matthew Nilsen, Portland Police Bureau Sgt. | Gov |
| | | | | | 11/1 | Robert Belshay, ATF TFO, Seattle Police Detective | Gov |
| | | | | | | Robert Belshay, ATF TFO, Seattle Police Detective | Def |
| | | | | | | Robert Belshay, ATF TFO, Seattle Police Detective | Gov |
| | | | | | 11/1 | Robert Nishimura, King County Sheriff's Office Sgt. | Gov |
| | | | | | | Robert Nishimura, King County Sheriff's Office Sgt. | Def |
| | | | | | 11/1 | Sean Boyle, Clark County Sheriff's Deputy | Gov |
| | | | | | | Sean Boyle, Clark County Sheriff's Deputy | Def |
| | | | | | 11/1 | Adam Julius, ATF Special Agent | Gov |
| | | | | | | Adam Julius, ATF Special Agent | Def |
| | | | | | | Adam Julius, ATF Special Agent | Gov |
| | | | | | 11/1 | Lawrence Gloth, Deputy United States Marshal (retired) | Gov |
| | | | | | 11/2 | Lawrence Gloth, Deputy United States Marshal (retired) continued | Gov |
| | | | | | | Lawrence Gloth, Deputy United States Marshal (retired) | Def |
| | | | | | | Lawrence Gloth, Deputy United States Marshal (retired) | Gov |
| | | | | | 11/2 | Brandt Jensen | Gov |
| | | | | | | Brandt Jensen | Def |
| | | | | | | Brandt Jensen | Gov |
| | | | | | 11/2 | Wayne Phillips, Clark County Sheriff's Detective | Gov |

R=Received; N=Not Received; W=Withdrawn/Not Offered                    (CLERK'S EXHIBIT AND WITNESS LIST FOR CR18-319.DOCX)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Wayne Phillips, Clark County Sheriff's Detective | Def |
| | | | | | | Wayne Phillips, Clark County Sheriff's Detective | Gov |
| | | | | | 11/2 | Ronald Thompson – (outside of the presence of the jury) invokes the 5th | Gov |
| | | | | | 11/3 | Corbin Gentzler | Gov |
| | | | | | | Corbin Gentzler | Def |
| | | | | | | Corbin Gentzler | Gov |
| | | | | | 11/3 | Mark Otter, Idaho City Police Chief, formerly Boise County Sheriff's Officer | Gov |
| | | | | | | Mark Otter, Idaho City Police Chief, formerly Boise County Sheriff's Officer | Def |
| | | | | | 11/3 | Shawn Harper, Meridian Police Deputy Lt. | Gov |
| | | | | | | Shawn Harper, Meridian Police Deputy Lt. | Def |
| | | | | | 11/3 | Ryan Anthony Negrinelli | Gov |
| | | | | | | Ryan Anthony Negrinelli | Def |
| | | | | | 11/4 | Ryan Anthony Negrinelli (continued) | Def |
| | | | | | | Ryan Anthony Negrinelli | Gov |
| | | | | | 11/4 | Guy Mattaliano | Gov |
| | | | | | | Guy Mattaliano | Def |
| | | | | | 11/4 | William Hall Jones | Gov |
| | | | | | | William Hall Jones | Def |
| | | | | | | William Hall Jones | Gov |
| | | | | | 11/4 | Tom Hall | Gov |
| | | | | | | Tom Hall | Def |
| | | | | | 11/4 | Stephen Wilkes | Gov |
| | | | | | | Stephen Wilkes | Def |
| | | | | | 11/4 | Pat Pope | Gov |
| | | | | | | Pat Pope | Def |
| | | | | | | Pat Pope | Gov |
| | | | | | 11/4 | Harold Dodd | Gov |
| | | | | | | Harold Dodd | Def |
| | | | | | | Harold Dodd | Gov |
| | | | | | 11/4 | Ian Jung | Gov |
| | | | | | 11/5 | Ian Jung | Gov |
| | | | | | | Ian Jung (continued) | Def |
| | | | | | | Ian Jung | Gov |
| | | | | | 11/5 | Danny Linebaugh | Gov |
| | | | | | | Danny Linebaugh | Def |
| | | | | | | Danny Linebaugh | Gov |
| | | | | | 11/5 | Salvador Segera, Wasatch Co. Utah Sheriff Officer | Gov |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Salvador Segera, Wasatch Co. Utah Sheriff Officer | Def |
| | | | | | 11/5 | Teresa Taylor | Gov |
| | | | | | | Teresa Taylor | Def |
| | | | | | | Teresa Taylor | Gov |
| | | | | | 11/5 | Karl McIndoe | Gov |
| | | | | | | Karl McIndoe | Def |
| | | | | | 11/5 | James Lawrence, Portland Police Bureau Detective, Clark County Sheriffs Officer current | Gov |
| | | | | | 11/8 | Raymond Scott Thompson | Gov |
| | | | | | | Raymond Scott Thompson | Def |
| | | | | | 11/8 | Kenneth Person | Gov |
| | | | | | | Kenneth Person | Def |
| | | | | | | Kenneth Person | Gov |
| | | | | | 11/8 | Brent Gromer, South Dakota DOJ | Gov |
| | | | | | 11/8 | James Lawrence, Portland Police Bureau Detective, Clark County Sheriffs Officer current continued | Gov |
| | | | | | | James Lawrence, Portland Police Bureau Detective, Clark County Sheriffs Officer current | Def |
| | | | | | 11/9 | James Lawrence, Portland Police Bureau Detective, Clark County Sheriffs Officer current continued | Def |
| | | | | | | James Lawrence, Portland Police Bureau Detective, Clark County Sheriffs Officer current | Gov |
| | | | | | 11/9 | Tadd S. Aberson | Gov |
| | | | | | | Tadd S. Aberson | Def |
| | | | | | | Tadd S. Aberson | Gov |
| | | | | | 11/9 | Joseph D. Folkerts | Gov |
| | | | | | | Joseph D. Folkerts | Def |
| | | | | | 11/10 | Joseph D. Folkerts continued | Def |
| | | | | | | Joseph D. Folkerts | Gov |
| | | | | | 11/10 | Ray Loren Rockafellor, II | Gov |
| | | | | | | Ray Loren Rockafellor, II | Def |
| | | | | | 11/11 | Ronald Cereghino (outside jury presence) | Def 1 |
| | | | | | | Ronald Cereghino | Def 1 |
| | | | | | 11/11 | Lori Tilton | Def 1 |
| | | | | | | Lori Tilton | Gov |
| | | | | | | Lori Tilton | Def 1 |
| | | | | | 11/11 | James Comstock | Def 1 |
| | | | | | 11/11 | Kaylee Hernandez | Def 6 |
| | | | | | 11/11 | Tina Fisher | Def 6 |
| | | | | | | Tina Fisher | Gov |

| | | | | | | Date | Witness | Party |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 11/11 | Dori Cook | Def 6 |
| | | | | | | | Dori Cook | Gov |
| | | | | | | 11/11 | Jerry Weigant | Def 6 |
| | | | | | | 11/11 | Vanessa Hoskins | Def 6 |
| | | | | | | | Vanessa Hoskins | Gov |
| | | | | | | | Vanessa Hoskins | Def 1 |
| | | | | | | | Vanessa Hoskins | Def 6 |
| | | | | | | 11/11 | Krista Shipsey | Def 6 |
| | | | | | | | Krista Shipsey | Gov |
| | | | | | | | Krista Shipsey | Def 6 |
| | | | | | | 11/11 | Mike Davis | Def 6 |
| | | | | | | 11/11 | Adria Crommie | Def 6 |
| | | | | | | 11/11 | James Lawrence, Portland Police Bureau Detective, Clark County Sheriffs Officer current | Def 1 |
| | | | | | | | James Lawrence, Portland Police Bureau Detective, Clark County Sheriffs Officer current | Gov |
| | | | | | | | James Lawrence, Portland Police Bureau Detective, Clark County Sheriffs Officer current | Def 6 |
| | | | | | | | James Lawrence, Portland Police Bureau Detective, Clark County Sheriffs Officer current | Gov |
| | | | | | | | James Lawrence, Portland Police Bureau Detective, Clark County Sheriffs Officer current | Def 1 |
| | | | | | | 11/12 | Andrea Shamley | Def 1 |
| | | | | | | 11/12 | Meghan Planchon Investigator | Def 1 |
| | | | | | | | Meghan Planchon Investigator | Gov |
| | | | | | | 11/12 | Taryn Beeman | Def 1 |
| | | | | | | | Taryn Beeman | Gov |
| | | | | | | | Taryn Beeman | Def 1 |
| | | | | | | 11/12 | Thomas Gorman | Def 4 |
| | | | | | | | Thomas Gorman | Gov |
| | | | | | | 11/12 | Kenneth Meek | Def 4 |
| | | | | | | | Kenneth Meek | Gov |
| | | | | | | 11/12 | Sean Smith (outside of jury presence) | Def 1 |
| | | | | | | | Sean Smith (outside of jury presence) | Gov |
| | | | | | | | Sean Smith | Def 1 |
| | | | | | | | Sean Smith | Gov |
| | | | | | | | Sean Smith | Def 1 |
| | | | | | | 11/15 | Brenda Fery | Def 1 |
| | | | | | | 11/15 | Thomas E. Siefke | Def 4 |
| | | | | | | | Thomas E. Siefke | Gov |

| | | | | | | Witness | Party |
|---|---|---|---|---|---|---|---|
| | | | | | | **Thomas E. Siefke** | Def 4 |
| | | | | | | **Proffer of Thomas E. Siefke** | Def 6 |
| | | | | | | **Thomas E. Siefke** | Gov |
| | | | | | | **Thomas E. Siefke** | Def 6 |
| | | | | | 11/15 | **Gene A. Hinzman** | Def 4 |
| | | | | | | **Gene A. Hinzman** | Gov |
| | | | | | 11/15 | **Brandon D. Doden** | Def 4 |
| | | | | | | **Brandon D. Doden** | Gov |
| | | | | | 11/15 | **Stephanie Cameron** | Def 4 |
| | | | | | | **Stephanie Cameron** | Gov |
| | | | | | 11/16 | **Josiah Roloff** | Def 6 |
| | | | | | | **Josiah Roloff** | Gov |
| | | | | | 11/16 | **Mark L. Dencklau** | Def 1 |
| | | | | | | **Mark L. Dencklau** | Gov |
| | | | | | | **Mark L. Dencklau** | Def 1 |

United States District Court
Exhibits Log: 3:18cr319-MO
USA v Dencklau, et al, 10/18/2021

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-1 | Overview timeline | Yes | 10/19/2021 9:14 AM | 10/19/2021 9:14 AM |
| Gov-2 | Overview map for dump location | Yes | 10/19/2021 9:45 AM | 10/19/2021 9:45 AM |
| Gov-3 | Dump site photos | Yes | 10/18/2021 12:56 PM | 10/18/2021 12:56 PM |
| Gov-4 | Robert Huggins booking photos April 2015 | Yes | 10/19/2021 10:38 AM | 10/19/2021 10:38 AM |
| Gov-5 | Blue colored fiber physical exh CCSO Item 1 | Yes | 10/19/2021 10:10 AM | 10/19/2021 10:10 AM |
| Gov-6 | White colored zip tie found near Huggins right hand CCSO Item 2 Physical Exh | Yes | 10/19/2021 10:08 AM | 10/19/2021 10:08 AM |
| Gov-7 | External body examination photos | Yes | 10/19/2021 10:43 AM | 10/19/2021 10:43 AM |
| Gov-8 | Medical Examiner Photos | Yes | 10/19/2021 12:42 PM | 10/19/2021 12:42 PM |
| Gov-9 | Toxicology Report Huggins | Yes | 10/19/2021 1:39 PM | 10/19/2021 1:39 PM |
| Gov-10 | Autopsy Sketches Huggins | Yes | 10/19/2021 12:39 PM | 10/19/2021 12:39 PM |
| Gov-11 | Two plastic zip ties from Huggins left forearm Physical Exh | Yes | 10/19/2021 10:46 AM | 10/19/2021 10:46 AM |
| Gov-12 | Photo of Debris from Huggins hair | Yes | 10/19/2021 10:46 AM | 10/19/2021 10:46 AM |
| Gov-13 | Car Key from Huggins pocket Physical Exh | Yes | 10/19/2021 10:47 AM | 10/19/2021 10:47 AM |
| Gov-14 | Huggins boots Physical Exh | Yes | 10/19/2021 10:47 AM | 10/19/2021 10:48 AM |
| Gov-15 | Huggins socks Physical Exh | Yes | 10/19/2021 10:48 AM | 10/19/2021 10:48 AM |
| Gov-16 | T-shirt gag Physical Exh | Yes | 10/19/2021 10:51 AM | 10/19/2021 10:51 AM |
| Gov-17 | Huggins pants Physical Exh | Yes | 10/19/2021 10:48 AM | 10/19/2021 10:48 AM |
| Gov-18 | Blue material from pants Physical Exh | Yes | 10/19/2021 10:49 AM | 10/19/2021 10:49 AM |
| Gov-19 | Huggins blood sample card Physical Exh | Yes | 10/19/2021 10:49 AM | 10/19/2021 10:49 AM |
| Gov-20 | Fingerprint card Huggins | Yes | 10/19/2021 10:50 AM | 10/19/2021 10:50 AM |
| Gov-21 | Facebook Messages V.H. | Yes | 10/20/2021 9:48 AM | 10/20/2021 9:48 AM |
| Gov-24 | Photo 2951 Douglas St. Longview | Yes | 10/19/2021 10:59 AM | 10/19/2021 10:59 AM |
| Gov-25 | Mail addressed to Huggins seized at 2951 Douglas St | Yes | 10/19/2021 10:59 AM | 10/19/2021 10:59 AM |
| Gov-29 | MCSO Booking record for CD1 | Yes | 10/21/2021 12:50 PM | 10/21/2021 12:50 PM |
| Gov-30 | MCSO Booking record for I.J. | Yes | 10/20/2021 9:37 AM | 10/20/2021 9:37 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-31 | Jail call audio recording I.J. to CD1 070115 | Yes | 10/20/2021 9:39 AM | 10/20/2021 9:39 AM |
| Gov-32 | Jail call transcript I.J. to CD1 070115 | Yes | 10/20/2021 9:39 AM | 10/20/2021 9:39 AM |
| Gov-33 | Key locations Oregon 063015 | Yes | 10/20/2021 10:00 AM | 10/20/2021 10:01 AM |
| Gov-34 | Photos of 11950 NE Holladay exterior search | Yes | 10/19/2021 11:09 AM | 10/19/2021 11:09 AM |
| Gov-35 | TP Commendation Medal | Yes | 10/27/2021 8:44 AM | 10/27/2021 8:44 AM |
| Gov-38 | Surveillance video from NE Holladay | Yes | 10/20/2021 1:31 PM | 10/20/2021 1:31 PM |
| Gov-39 | Surveillance video still images from NE Holladay | Yes | 10/20/2021 9:53 AM | 10/20/2021 9:53 AM |
| Gov-40 | CAD from 911 call made by neighbor A.O. 063015 | Yes | 10/20/2021 9:52 AM | 10/20/2021 9:52 AM |
| Gov-47 | CAD from PPB contact with Huggins Watkins 063015 | Yes | 10/20/2021 9:50 AM | 10/20/2021 9:50 AM |
| Gov-48 | Photos of R.T. Shop | Yes | 10/27/2021 1:16 PM | 10/27/2021 1:16 PM |
| Gov-50 | Photos of OSP Processing of Suburban | Yes | 10/20/2021 12:50 PM | 10/20/2021 12:50 PM |
| Gov-55 | Surveillance Photos of CD1 July 2015 | Yes | 10/22/2021 9:33 AM | 10/22/2021 9:33 AM |
| Gov-56 | Cigarette case with Gypsy Joker card seized in PT Cruiser Phys Exhibit | Yes | 10/22/2021 9:39 AM | 10/22/2021 9:39 AM |
| Gov-58 | Gypsy Joker clothing sweatshirt ski cap baseball hat Phys Exh | Yes | 10/22/2021 9:35 AM | 10/22/2021 9:35 AM |
| Gov-59 | Photos of OSP Processing of PT Cruiser | Yes | 10/25/2021 1:21 PM | 10/25/2021 1:21 PM |
| Gov-61 | Arco Surveillance Video | Yes | 10/20/2021 1:56 PM | 10/20/2021 1:56 PM |
| Gov-62 | Arco Surveillance Video Stills | Yes | 10/21/2021 1:32 PM | 10/21/2021 1:32 PM |
| Gov-63 | Phone Records CD3 5038304998 | Yes | 10/18/2021 1:37 PM | 10/18/2021 1:37 PM |
| Gov-64 | Phone Records CD5 5039339082 | Yes | 10/18/2021 1:37 PM | 10/18/2021 1:37 PM |
| Gov-65 | Phone Records Mark Dencklau 9713048198 | Yes | 10/18/2021 1:37 PM | 10/18/2021 1:37 PM |
| Gov-66 | Phone Records CD2 5033096763 | Yes | 10/18/2021 1:37 PM | 10/18/2021 1:37 PM |
| Gov-67 | Phone Records Chad Erickson 5038051412 | Yes | 10/18/2021 1:37 PM | 10/18/2021 1:37 PM |
| Gov-68 | Phone Records CD1 5034812475 | Yes | 10/18/2021 1:37 PM | 10/18/2021 1:37 PM |
| Gov-69 | Phone Records CD4 5035720431 | Yes | 10/18/2021 1:38 PM | 10/18/2021 1:38 PM |
| Gov-70 | Phone Records CD6 9715068620 | Yes | 10/18/2021 1:38 PM | 10/18/2021 1:38 PM |
| Gov-71 | Call Frequency charts | Yes | 10/26/2021 8:52 AM | 10/26/2021 8:52 AM |
| Gov-72 | Summary Communication Timeline | Yes | 10/19/2021 9:32 AM | 10/19/2021 9:32 AM |
| Gov-73 | Cell tower location Summary | Yes | 10/26/2021 9:45 AM | 10/26/2021 9:45 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-74 | Photos CD4 Residence May to June 2015 | Yes | 11/9/2021 12:59 PM | 11/9/2021 12:59 PM |
| Gov-76 | Photos PSMV | Yes | 10/28/2021 9:30 AM | 10/28/2021 9:30 AM |
| Gov-77 | Photos PSMV Lineup | Yes | 10/28/2021 10:23 AM | 10/28/2021 10:23 AM |
| Gov-78 | Photos of Portland Clubhouse Search Warrant execution | Yes | 10/18/2021 1:17 PM | 10/18/2021 1:17 PM |
| Gov-79 | GJMC member phone lists seized at Portland Clubhouse | Yes | 10/26/2021 8:51 AM | 10/26/2021 8:51 AM |
| Gov-80 | Portland chapter business records seized at Portland clubhouse | Yes | 10/21/2021 10:49 AM | 10/21/2021 10:49 AM |
| Gov-81 | Member applications seized at Portland clubhouse | Yes | 10/26/2021 1:07 PM | 10/26/2021 1:07 PM |
| Gov-83 | Chevy Tahoe Title and Sale | Yes | 10/25/2021 9:52 AM | 10/25/2021 9:52 AM |
| Gov-84 | Photos of OSP Processing of Chevy Tahoe | Yes | 10/25/2021 9:57 AM | 10/25/2021 9:57 AM |
| Gov-86 | Summary Exhibit Involved Vehicles | Yes | 10/20/2021 9:58 AM | 10/20/2021 9:58 AM |
| Gov-87 | Key Locations WA | Yes | 10/19/2021 10:54 AM | 10/19/2021 10:55 AM |
| Gov-89 | Photos of SW Execution at 5105 NE Cedar Creek | Yes | 10/21/2021 1:52 PM | 10/21/2021 1:52 PM |
| Gov-93 | Dorm Location Records | Yes | 10/27/2021 8:45 AM | 10/27/2021 8:45 AM |
| Gov-94 | Dencklau post-arrest interview | Yes | 10/29/2021 9:03 AM | 10/29/2021 9:03 AM |
| Gov-95 | Dencklau post-arrest interview transcript | Yes | 10/29/2021 9:03 AM | 10/29/2021 9:03 AM |
| Gov-100 | Hause post-arrest interview transcript | Yes | 11/15/2021 9:25 AM | 11/15/2021 9:25 AM |
| Gov-101 | Hause post-arrest interview clips | Yes | 11/5/2021 1:54 PM | 11/5/2021 1:54 PM |
| Gov-102 | Street view of Ex Member 2 residence | Yes | 11/2/2021 11:15 AM | 11/2/2021 11:15 AM |
| Gov-103 | 2012 Investigation photographs | Yes | 11/2/2021 1:49 PM | 11/2/2021 1:49 PM |
| Gov-104 | Brandt Jensen Grand Jury Testimony Transcript 5-24-17 | Yes | 11/15/2021 12:17 PM | 11/15/2021 12:17 PM |
| Gov-105 | Overview map of Dencklau residence | Yes | 10/28/2021 11:29 AM | 10/28/2021 11:29 AM |
| Gov-106 | Street view of Dencklau residence | Yes | 10/28/2021 11:28 AM | 10/28/2021 11:28 AM |
| Gov-107 | Photo of NBS with Mark Dencklau | Yes | 10/28/2021 10:56 AM | 10/28/2021 10:56 AM |
| Gov-108 | June 2015 calendar | Yes | 10/21/2021 12:51 PM | 10/21/2021 12:51 PM |
| Gov-110 | 911 Call by NBS regarding Suspicious Person Salem | Yes | 10/28/2021 12:15 PM | 10/28/2021 12:15 PM |
| Gov-110-T | 911 Call by NBS regarding Suspicious Person Salem Transcript | Yes | 11/17/2021 10:02 AM | 11/17/2021 10:02 AM |
| Gov-112 | Dencklau Phone Tolls 060515 | Yes | 10/26/2021 9:40 AM | 10/26/2021 9:40 AM |
| Gov-113 | Traffic Citation Theresa Huggins | Yes | 10/28/2021 8:57 AM | 10/28/2021 8:57 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-114 | Harley Davidson Purchase Record Huggins | Yes | 10/18/2021 1:41 PM | 10/18/2021 1:41 PM |
| Gov-115 | DMV Records Huggins Harley Davidson | Yes | 10/18/2021 1:38 PM | 10/18/2021 1:38 PM |
| Gov-116 | Harley Davidson Purchase Records Photo CD4 | Yes | 11/9/2021 1:50 PM | 11/9/2021 1:50 PM |
| Gov-117 | DMV Title Record for CD4 2016 Harley Davidson | Yes | 11/9/2021 1:51 PM | 11/9/2021 1:51 PM |
| Gov-118 | 2017 Labor Day Surveillance Photos Excerpt | Yes | 10/20/2021 11:20 AM | 10/20/2021 11:20 AM |
| Gov-119 | CD3 Traffic Citations 2017 2018 | Yes | 11/3/2021 11:36 AM | 11/3/2021 11:36 AM |
| Gov-120 | Dash Cam Video of Linn County Arrests | Yes | 10/29/2021 12:55 PM | 10/29/2021 12:55 PM |
| Gov-122 | OVMA Patch | Yes | 10/21/2021 11:16 AM | 10/21/2021 11:16 AM |
| Gov-125 | TPhotos of injuries to HallJones | Yes | 11/4/2021 10:11 AM | 11/4/2021 10:11 AM |
| Gov-127 | Harley Davidson forum blog post printouts seized at Hause residence | Yes | 11/1/2021 11:49 AM | 11/1/2021 11:49 AM |
| Gov-128 | Medical anddental records of K.P. | Yes | 10/18/2021 1:38 PM | 10/18/2021 1:38 PM |
| Gov-130 | Dencklau Texts | Yes | 10/28/2021 12:28 PM | 10/28/2021 12:28 PM |
| Gov-131 | Campbell Drug Trafficking Investigation | Yes | 11/1/2021 11:34 AM | 11/1/2021 11:34 AM |
| Gov-132 | Campbell Conviction Documents 18-6055 | Yes | 11/1/2021 1:39 PM | 11/1/2021 1:39 PM |
| Gov-133 | Photographs of SW execution at Anthony Campbell residence | Yes | 10/18/2021 1:41 PM | 10/18/2021 1:41 PM |
| Gov-134 | Benton County Assessor Records | Yes | 11/1/2021 1:58 PM | 11/1/2021 1:58 PM |
| Gov-135 | ORWASH Registration Docs WA | Yes | 11/1/2021 1:51 PM | 11/1/2021 1:51 PM |
| Gov-136 | ORWASH Registration Docs | Yes | 11/1/2021 1:52 PM | 11/1/2021 1:52 PM |
| Gov-139 | Wells Fargo Bank Records for ORWASH | Yes | 11/1/2021 1:59 PM | 11/1/2021 1:59 PM |
| Gov-140 | TRUST Registration Docs | Yes | 11/2/2021 8:45 AM | 11/2/2021 8:45 AM |
| Gov-142 | Oregon Employment Records | Yes | 11/2/2021 9:00 AM | 11/2/2021 9:00 AM |
| Gov-145 | Dencklau Handwritten Jail notes Phys | Yes | 10/27/2021 9:42 AM | 10/27/2021 9:42 AM |
| Gov-146 | Dencklau visitor lists in Multnomah County | Yes | 10/20/2021 10:14 AM | 10/20/2021 10:14 AM |
| Gov-148 | Photos of injuries to victim E.M. at Pub 181 | Yes | 10/25/2021 10:25 AM | 10/25/2021 10:25 AM |
| Gov-149 | Photos of injuries to Jackie Ford at Seattle Clubhouse | Yes | 11/1/2021 12:25 PM | 11/1/2021 12:25 PM |
| Gov-150 | Photos from T.T. of GJMC Members and Associates | Yes | 10/28/2021 11:02 AM | 10/28/2021 11:02 AM |
| Gov-151 | Photos of Kenneth Hause tattoos | Yes | 11/5/2021 11:33 AM | 11/5/2021 11:33 AM |
| Gov-152 | Photos of SW at Hause Residence Miller | Yes | 10/29/2021 9:44 AM | 10/29/2021 9:44 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-153 | Photos of SW at Hause Residence Zobel | Yes | 10/29/2021 10:25 AM | 10/29/2021 10:25 AM |
| Gov-154 | Leather VestCut Kenneth Hause Phys | Yes | 10/18/2021 1:14 PM | 10/18/2021 1:14 PM |
| Gov-155 | Notebook from inside vest | Yes | 10/29/2021 10:24 AM | 10/29/2021 10:24 AM |
| Gov-164 | Seat back rest 1er GJFFGJ ATF Shop Item 8 Phys | Yes | 11/1/2021 9:01 AM | 11/1/2021 9:01 AM |
| Gov-172 | Brother Chad Card Feb 2017 | Yes | 11/1/2021 8:52 AM | 11/1/2021 8:52 AM |
| Gov-174 | Road Brother Phone Lists | Yes | 10/21/2021 10:06 AM | 10/21/2021 10:06 AM |
| Gov-175 | Gypsy Joker Member Phone List | Yes | 11/1/2021 9:01 AM | 11/1/2021 9:01 AM |
| Gov-176 | Handwritten notes in spiral notebook | Yes | 11/1/2021 9:01 AM | 11/1/2021 9:01 AM |
| Gov-177 | GJMC Bylaws | Yes | 10/26/2021 1:21 PM | 10/26/2021 1:21 PM |
| Gov-178 | Handwritten description of GJMC officer duties | Yes | 11/1/2021 8:54 AM | 11/1/2021 8:54 AM |
| Gov-180 | Photos of International GJMC | Yes | 11/1/2021 9:03 AM | 11/1/2021 9:03 AM |
| Gov-182 | 2005 News Clipping Klamath Falls | Yes | 11/2/2021 8:40 AM | 11/2/2021 8:40 AM |
| Gov-184 | Photos of Erickson | Yes | 10/29/2021 10:02 AM | 10/29/2021 10:02 AM |
| Gov-185 | Anthonys Out Party poster | Yes | 11/1/2021 9:03 AM | 11/1/2021 9:03 AM |
| Gov-187 | Photos of GJMC Members in Residence | Yes | 11/15/2021 8:49 AM | 11/15/2021 8:49 AM |
| Gov-188 | GJMC Scrapbook Excerpts | No | 11/2/2021 8:40 AM | |
| Gov-189 | Dencklau Incoming Mail | Yes | 10/20/2021 10:16 AM | 10/20/2021 10:16 AM |
| Gov-190 | Dencklau Outgoing Mail | Yes | 10/20/2021 10:45 AM | 10/20/2021 10:45 AM |
| Gov-191 | Recorded call by Dencklau to GJMC Clubhouse | Yes | 10/20/2021 10:50 AM | 10/20/2021 10:50 AM |
| Gov-191-T | Recorded call by Dencklau to GJMC Clubhouse Transcript | Yes | 11/17/2021 10:01 AM | 11/17/2021 10:01 AM |
| Gov-192 | Photos of Jeffs American Classics | Yes | 10/29/2021 11:06 AM | 10/29/2021 11:06 AM |
| Gov-193 | Photos of Dencklau motorcyles at Coffman Shop | Yes | 10/29/2021 11:02 AM | 10/29/2021 11:02 AM |
| Gov-198 | Leather VestCut Chad Erickson 2017 Phys | Yes | 11/8/2021 11:56 AM | 11/8/2021 11:56 AM |
| Gov-199 | DMV Photo Chad Erickson | Yes | 10/18/2021 1:15 PM | 10/18/2021 1:15 PM |
| Gov-202 | Facebook Harley Chad | Yes | 10/20/2021 10:11 AM | 10/20/2021 10:11 AM |
| Gov-204 | 2009 Traffic stop Photos Idaho | Yes | 10/18/2021 1:18 PM | 10/18/2021 1:18 PM |
| Gov-205 | 2011 Traffic stop Photos Sturgis SD | Yes | 11/1/2021 9:36 AM | 11/1/2021 9:36 AM |
| Gov-206 | Gilmore Conviction Documents | Yes | 11/8/2021 10:07 AM | 11/8/2021 10:07 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-207 | 2013 Black Hearts Ball Photos | Yes | 11/1/2021 9:53 AM | 11/1/2021 9:53 AM |
| Gov-208 | 2014 Black Hearts Ball Photos | Yes | 11/1/2021 10:07 AM | 11/1/2021 10:07 AM |
| Gov-209 | 2014 Rainbow Gathering Booking Photos | Yes | 10/27/2021 8:46 AM | 10/27/2021 8:46 AM |
| Gov-210 | 2014 Labor Day Run Photos | Yes | 11/1/2021 10:11 AM | 11/1/2021 10:11 AM |
| Gov-211 | 2015 Photos of search warrant at Seattle Clubhouse | Yes | 11/1/2021 10:20 AM | 11/1/2021 10:20 AM |
| Gov-212 | Black White Notebook with Out bad List Phys seized April 2015 in Seattle | Yes | 10/26/2021 1:53 PM | 10/26/2021 1:53 PM |
| Gov-213 | 2016 Simons Birthday Photos | Yes | 10/20/2021 11:03 AM | 10/20/2021 11:03 AM |
| Gov-214 | 2016 Labor Day Run Photos | Yes | 10/20/2021 11:10 AM | 10/20/2021 11:10 AM |
| Gov-215 | 2017 Simons Birthday Photos | Yes | 10/20/2021 11:14 AM | 10/20/2021 11:14 AM |
| Gov-216 | 2017 Labor Day Run Photos | Yes | 10/20/2021 11:18 AM | 10/20/2021 11:18 AM |
| Gov-217 | 2018 Ron Campbell Memorial Ride Photos | Yes | 10/18/2021 1:39 PM | 10/18/2021 1:39 PM |
| Gov-218-a | 2018 Ron Campbell Memorial Ride Video | Yes | 10/18/2021 1:39 PM | 10/18/2021 1:39 PM |
| Gov-218-b | 2018 Ron Campbell Memorial Ride Video | Yes | 10/18/2021 1:40 PM | 10/18/2021 1:40 PM |
| Gov-218-c | 2018 Ron Campbell Memorial Ride Video | Yes | 10/25/2021 9:44 AM | 10/25/2021 9:44 AM |
| Gov-218-d | 2018 Ron Campbell Memorial Ride Video | Yes | 10/18/2021 2:07 PM | 10/18/2021 2:07 PM |
| Gov-219 | GJMC Photo Book | Yes | 10/20/2021 9:15 AM | 10/20/2021 9:15 AM |
| Gov-220 | CD4 Facebook Captures | Yes | 10/20/2021 10:03 AM | 10/20/2021 10:03 AM |
| Gov-221 | Crash Truck Photos Idaho | Yes | 11/3/2021 8:51 AM | 11/3/2021 8:51 AM |
| Gov-222 | Ryan Lund Back Tattoo (7-5-12) | Yes | 11/9/2021 9:48 AM | 11/9/2021 9:48 AM |
| Gov-223 | Witness photo book | Yes | 11/18/2021 9:33 AM | 11/18/2021 9:33 AM |
| Gov-225 | WFG National Title Insurance Co. Records Gresham Clubhouse | Yes | 11/3/2021 9:00 AM | 11/3/2021 9:00 AM |
| Gov-227 | Multnomah County Clubhouse Property Tax Records | Yes | 11/3/2021 9:00 AM | 11/3/2021 9:00 AM |
| Gov-229 | Bank of America Records – ORWASH | Yes | 11/3/2021 8:59 AM | 11/3/2021 8:59 AM |
| Gov-231 | JP Morgan Chase Bank Records – TRUST | Yes | 11/3/2021 9:00 AM | 11/3/2021 9:00 AM |
| Gov-233 | Benton-Franklin Title Co. Records - Tri-Cities Clubhouse | Yes | 11/3/2021 8:50 AM | 11/3/2021 8:50 AM |
| Def-305 | Benefit poster | Yes | 11/16/2021 12:20 PM | 11/16/2021 12:20 PM |
| Def-306 | Benefit t-shirt | Yes | 11/16/2021 12:20 PM | 11/16/2021 12:20 PM |
| Def-308 | Photos of Mark Dencklau home | Yes | 10/28/2021 1:17 PM | 10/28/2021 1:18 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Def-311 | Mr. Dencklau Cell Phone Cell Site Location Info | Yes | 10/26/2021 11:25 AM | 10/26/2021 11:25 AM |
| Def-315 | Mr. Dencklau Cell Phone Record of Calls and Texts | Yes | 10/26/2021 11:23 AM | 10/26/2021 11:23 AM |
| Def-329 | Portion of Tiler Pribbernow jail call 3-29-2016 | Yes | 10/25/2021 12:43 PM | 10/25/2021 12:43 PM |
| Def-333 | Notice of Insanity Defense for Tiler Pribbernow | No | 10/25/2021 12:43 PM | |
| Def-334 | Order for Psychological Evaluation for Tiler Pribbernow | No | 10/25/2021 12:43 PM | |
| Def-338 | ATF Report of Investigation | No | 10/25/2021 12:41 PM | |
| Def-341 | Bail Hearing Exhibit, Holladay still with arrows | Yes | 11/15/2021 8:59 AM | 11/15/2021 8:59 AM |
| Def-343 | Det. Lawrence signature line | Yes | 11/15/2021 9:00 AM | 11/15/2021 9:00 AM |
| Def-346 | Portion of Mr. Earl Fisher Jail Call 05-28-17 | Yes | 10/27/2021 1:15 PM | 10/27/2021 1:15 PM |
| Def-346-T | Transcript of Portion of Mr. Earl Fisher Jail Call 05-28-17 | Yes | 10/27/2021 1:16 PM | 10/27/2021 1:16 PM |
| Def-352 | Nicole Stephens GJ Transcript | No | 10/28/2021 1:06 PM | |
| Def-353 | Nicole Transcript 10-6-15 | No | 10/28/2021 1:27 PM | |
| Def-355 | Photo of Mark Dencklau and Nicole Stephens | Yes | 10/28/2021 12:54 PM | 10/28/2021 12:54 PM |
| Def-357 | Nicole Stephens' Lease | Yes | 10/29/2021 7:57 AM | 10/29/2021 7:57 AM |
| Def-358 | Nicole Stephens' mattress receipt | No | 10/29/2021 7:58 AM | |
| Def-361 | portion of Nicole Stephens Grand Jury transcript | Yes | 10/29/2021 1:12 PM | 10/29/2021 1:12 PM |
| Def-363 | Defelice et al order JOA | No | 10/29/2021 1:06 PM | |
| Def-364 | Defelice indictment | No | 10/29/2021 11:53 AM | |
| Def-370 | 71 Camaro example | Yes | 10/29/2021 11:54 AM | 10/29/2021 11:54 AM |
| Def-371 | Aerial Map of Everett Roles Jr. Former Home | Yes | 10/29/2021 11:25 AM | 10/29/2021 11:28 AM |
| Def-379 | Extraction Report Jensen texts | No | 11/3/2021 9:01 AM | |
| Def-380 | Demonstrative | No | 11/3/2021 9:01 AM | |
| Def-387 | Extraction Report Jensen texts | No | 11/3/2021 9:01 AM | |
| Def-393 | Ryan Negrinelli jail call snippet | No | 11/4/2021 8:47 AM | |
| Def-394 | Ryan Negrinelli jail call snippet | No | 11/4/2021 8:46 AM | |
| Def-395 | Ryan Negrinelli jail call snippet | No | 11/4/2021 8:46 AM | |
| Def-396 | Jensen shooting at firehouse | No | 11/3/2021 9:02 AM | |
| Def-399 | Ryan Negrinelli jail call snippet | No | 11/4/2021 8:45 AM | |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Def-424 | Photos | Yes | 10/29/2021 10:07 AM | 10/29/2021 10:07 AM |
| Def-425 | Photos of Blue Knights MC & Gun Slingers MC patch | Yes | 10/20/2021 11:58 AM | 10/20/2021 11:58 AM |
| Def-432 | William Hall Jones photo | Yes | 11/4/2021 12:09 PM | 11/4/2021 12:09 PM |
| Def-524 | Chad Erickson Combat Action Badge 2-13-2006 | Yes | 11/9/2021 9:55 AM | 11/9/2021 9:55 AM |
| Def-527 | Photo of Chad Erickson with Adria Chrommie | Yes | 11/16/2021 9:55 AM | 11/16/2021 9:55 AM |
| Def-530 | Chad Erickson and Girlfriend Rachel Smuin 2016 | Yes | 10/27/2021 12:17 PM | 10/27/2021 12:17 PM |
| Def-531 | Chad Erickson Girlfriend Rachel Smuin 2016 | Yes | 10/27/2021 12:17 PM | 10/27/2021 12:17 PM |
| Def-532 | Tiler Pribbernow - Jail Call with Road Brother 20161116 | Yes | 10/22/2021 1:18 PM | 10/22/2021 1:18 PM |
| Def-533 | Transcript - Tiler Pribbernow Jail Call with Road Brother 2016-11-16 | Yes | 10/22/2021 1:19 PM | 10/22/2021 1:19 PM |
| Def-537 | Transcript - Earl Fisher Jail Interview - 21060427 | No | 11/1/2021 12:18 PM | |
| Def-546 | Chad Erickson Phone Records | Yes | 10/25/2021 8:48 AM | 10/25/2021 9:00 AM |
| Def-547 | DD 214 - Chad Erickson Record of Honorable Discharge | Yes | 11/9/2021 11:49 AM | 11/9/2021 11:49 AM |
| Def-550 | DOJ Obtaining Evidence | Yes | 10/25/2021 12:42 PM | 10/27/2021 2:13 PM |
| Def-552 | Diagram of 5105 NE Cedar Creek Rd | Yes | 10/25/2021 12:43 PM | 10/25/2021 12:43 PM |
| Def-553 | Diagram of shed on 5105 NE Cedar Creek Rd | Yes | 10/25/2021 12:42 PM | 10/25/2021 12:42 PM |
| Def-554 | Phone Map 0409 7-1-2015 | Yes | 10/26/2021 1:02 PM | 10/26/2021 1:02 PM |
| Def-556 | Overhead diagram of car | No | 11/4/2021 9:25 AM | |
| Def-557 | Tiler Pribbernow Army Records - redacted | No | 10/27/2021 2:10 PM | |
| Def-559 | Photo of testimony of Earl Fisher | Yes | 10/27/2021 1:01 PM | 10/27/2021 1:01 PM |
| Def-563 | Ryan Negrinelli Proffer | No | 11/4/2021 8:46 AM | |
| Def-565 | Ryan Negrinelli Proffer notes | No | 11/4/2021 9:25 AM | |
| Def-566 | Google Maps of NE Holladay Street | Yes | 11/8/2021 12:24 PM | 11/8/2021 12:30 PM |
| Def-582 | Camera 3 time and video counter | Yes | 11/8/2021 1:22 PM | 11/8/2021 1:22 PM |
| Def-587 | Ian Jung proffer state | No | 11/5/2021 2:02 PM | |
| Def-589 | Mr. Negrinelli, Mr. Lawrence post-arrest video interview | Yes | 11/10/2021 8:52 AM | 11/10/2021 8:52 AM |
| Def-590 | Mr. Negrinelli, Mr. Lawrence post-arrest video interview | Yes | 11/10/2021 8:52 AM | 11/10/2021 8:52 AM |
| Def-590-T | Mr. Negrinelli, Mr. Lawrence post-arrest video interview transcript | Yes | 11/10/2021 8:52 AM | 11/10/2021 8:52 AM |
| Def-596 | Emails between Ms. Bolstad, Ms. Shipsey | Yes | 11/10/2021 8:56 AM | 11/15/2021 9:00 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Def-600 | Google Maps of Idaho travel distance | Yes | 11/3/2021 9:37 AM | 11/3/2021 9:37 AM |
| Def-601 | photo | No | 11/3/2021 12:25 PM | |
| Def-602 | Negrinelli post arrest interview transcript | No | 11/3/2021 12:26 PM | |
| Def-614 | William Hall Jones statement | No | 11/4/2021 12:09 PM | |
| Def-615 | William Hall Jones timeline | No | 11/4/2021 12:08 PM | |
| Def-616 | Jest Jim 6-pack photos | No | 11/4/2021 12:08 PM | |
| Def-620 | Danny Linebaugh Grand Jury testimony transcript | No | 11/5/2021 2:02 PM | |
| Def-634 | Ian Jung proffer | No | 11/10/2021 8:55 AM | |
| Def-651 | Drive Time and Maps EF to MD | Yes | 11/15/2021 9:02 AM | 11/15/2021 9:02 AM |
| Def-652 | Drive Time and Maps I-205 to EF | Yes | 11/15/2021 9:02 AM | 11/15/2021 9:02 AM |
| Def-653 | Mr. Folkerts Offense Violation | No | 11/10/2021 11:26 AM | |
| Def-655 | Mr. Folkerts Taped Statement Transcript, page 44,45 | No | 11/10/2021 11:18 AM | |
| Def-656 | Mr. Folkerts Taped Statement Transcript, page 64 | No | 11/10/2021 11:21 AM | |
| Def-659 | Testimony from Bail Hearing (July 2016) | No | 11/15/2021 9:17 AM | |
| Def-664 | Test message string | No | 11/15/2021 9:54 AM | |
| Def-666 | Mr. Erickson Phone Records | Yes | 11/16/2021 9:27 AM | 11/16/2021 9:27 AM |
| Def-667 | Mr. Erickson cell phone call activity | Yes | 11/16/2021 9:32 AM | 11/16/2021 9:32 AM |
| Def-701 | Mr. Folkerts Proffer Statement | No | 11/15/2021 9:15 AM | |
| Def-702 | Mr. Negrinelli Proffer agreement | No | 11/10/2021 8:55 AM | |
| Def-706-A | Mr. Negrinelli, Mr. Lawrence post-arrest video interview | No | 11/18/2021 2:31 PM | |
| Def-706-B | Mr. Negrinelli, Mr. Lawrence post-arrest video interview | No | 11/18/2021 2:31 PM | |
| Def-709 | Video clip of Mr. Folkerts Taped Statement | Yes | 11/16/2021 10:06 AM | 11/16/2021 10:06 AM |
| Def-709-T | Transcript of exhibit 709 video | Yes | 11/16/2021 10:32 AM | 11/16/2021 10:32 AM |
| Def-710 | Video clip of Mr. Folkerts Taped Statement | Yes | 11/16/2021 10:14 AM | 11/16/2021 10:14 AM |
| Def-710-T | Transcript of exhibit 710 video clip | Yes | 11/16/2021 10:25 AM | 11/16/2021 10:25 AM |
| Def-711 | Transcript of Mr. Folkerts Taped Statement video, full | No | 11/10/2021 9:15 AM | |
| Def-714 | Video Interview of Mr. Negrinelli, 51 minutes to end | Yes | 11/16/2021 2:15 PM | 11/16/2021 2:15 PM |
| Def-714-T | Transcript of Video Interview of Mr. Negrinelli, 51 minutes to end | Yes | 11/16/2021 2:15 PM | 11/16/2021 2:15 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Def-715 | Video of holding cell housing Mr. Negrinelli | Yes | 11/16/2021 2:17 PM | 11/16/2021 2:17 PM |
| Def-716 | Still capture of Camera 3 video on Halloday Road | Yes | 11/16/2021 2:17 PM | 11/16/2021 2:17 PM |
| Def-717 | Map of SE Portland Bars | Yes | 11/16/2021 12:26 PM | 11/16/2021 12:26 PM |